1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                    EASTERN DISTRICT OF CALIFORNIA

7

8    JASON ACOSTA,                    No. 2:14-cv-00399-GEB-EFB

9              Plaintiff,

10        v.                          **ORDER**

11   APEX INVESTIGATIVE SERVICES,
     INC., a California
12   Corporation,

13             Defendant.

14

15

16        Since  the  parties  consent  to  VDRP,  this  matter  is

17   referred to VDRP.

18   Dated:  May 6, 2014

19

20   _____

21   GARLAND E. BURRELL, JR.
     Senior United States District Judge

22

23

24

25

26

27

28

                              1